# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * *
FEDERAL REALTY INVESTMENT    *
TRUST,                       *
                             *
         Plaintiff,          *    No. 14-88C
     v.                      *    Filed: September 1, 2015
                             *
UNITED STATES,               *
                             *
         Defendant.          *
                             *
* * * * * * * * * * * * * * *
```

## O R D E R

The court is in receipt of parties' August 31, 2015 joint stipulation of voluntary dismissal. As indicated in the stipulation, "[p]ursuant to Rule 41(a)(1)(A)(iii) of the Rules of the United States Court of Federal Claims, the parties stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own costs, expenses, and attorney fees." Pursuant to the stipulation of voluntary dismissal and Rule 41(a) of the Rules of the United States Court of Federal Claims (2015), the claims in the above captioned case are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, expenses and attorney fees. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
        **Judge**